UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20100-CR-SEITZ

UNITED STATES OF AMERICA,

v.

ADRIANA MEJIA,
_____/

## ORDER AFFIRMING REPORT & RECOMMENDATION

This matter is before the Court on the Report and Recommendation (R&R) [DE 1490] of the Honorable Peter R. Palermo recommending that the CJA Voucher of Alberto Sarasua, Esq. for fees and expenses in the total amount of $60,528.50 be reduced to $19,228.50 as fair and final compensation for his work in this case. The Court has reviewed Judge Palermo's R&R and the record. There being no objections,[1] based on a *de novo* review of the evidence presented, it is hereby

ORDERED that the above-mentioned Report and Recommendation of Magistrate Judge Palermo be AFFIRMED and made the Order of the District Court as follows: Alberto Sarasua shall be paid **$19,228.50** as fair compensation for his work on this case.

DONE AND ORDERED in Miami, Florida this 21st day of March, 2013.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Peter R. Palermo
Alberto Sarasua, Esq.
Lucy Lara, CJA Administrator

---

[1] Mr. Sarasua has filed a Motion to Strike [DE 1576] his Objections to the R&R [DE 1499], which the Court has granted.